# GOVERNMENT EXHIBIT A
# PROPOSED JUROR QUESTIONNAIRE

General Instructions:

     This questionnaire is designed to obtain information about your background as it is related to your service as a juror in this case.  Its use will substantially shorten the jury selection process. The purpose of these questions is to determine whether potential jurors can be fair to both sides and decide this case based upon the evidence presented at trial and the instructions on the law given by the presiding judge.  The questions are not intended to unnecessarily inquire into personal matters.  All information contained in this questionnaire will be kept confidential and under seal.

     You are sworn to give true and complete answers and those answers will be available only to the Court and the parties in this case.  The questionnaires belong to the Court and all copies will be returned to the Court.  You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors and members of the media.

CONFIDENTIAL Questionnaire                              Juror Number: _____

# <u>CONFIDENTIAL</u>

Please answer each question as fully and completely as possible. Your complete candor and honesty is necessary so that both the prosecution and the defense will have the opportunity to select a jury that can be fair to both sides.

You must answer all the questions to the best of your ability. DO NOT LEAVE ANY QUESTION BLANK. It is important that the answers be yours alone. If you need more space for your responses or wish to make further comments regarding any of your answers, please use the Explanation Sheet at the end of the questionnaire. Put the number of the question you are answering on the Explanation Sheet before you write your response or comment. Please do not write on the back of any sheet.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Remember, *you are sworn to give true and complete answers to all questions*.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues which must be decided in this case. **PLEASE PRINT OR WRITE LEGIBLY, and be sure to put your juror number on each page. When you have finished answering the Questionnaire, you must sign with your name. In that signature page you are affirming the accuracy of your answers. That page will be removed by Court staff and will not be shown to any party.**

The hours of the trial will typically be 9 a.m. to 5:30 p.m., Monday through Friday. Jurors will be paid an attendance fee of $40.00 per day, and transportation costs will be reimbursed.

Jury service is one of the highest duties and privileges of a United States citizen. The participation of people like yourself is essential to the proper administration of justice. The Court recognizes that not everyone can serve on a case of this length. However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you from service. You must show that service as a juror in this case would cause an unacceptable personal hardship. With this in mind, please answer the following questions.

**CONFIDENTIAL Questionnaire**                              **Juror Number:** _____

**Personal Background**

Juror's Name: _____          Number: _____

1.     Gender:          _____

2.     Age:             _____

3.     Place of Birth: _____ _____

4.     In what city and county do you currently live?

       _____ _____

5.     Length of time at current address: _____

6.     How long have you lived in Georgia? _____ _____

7.     Please indicate other areas where you have lived before: _____

       _____

8.     If you do not currently live in the City of Atlanta:
       a.      Have you ever lived in Atlanta?          Yes _____     No _____
       b.      Do you come to Atlanta for other reasons?   Yes _____     No _____
       If you answered yes to either question, above, please explain, including when and how
       often.

       _____ _____

9.     Describe the neighborhood(s) in which you have lived before the age of 18, including the
       ethnic makeup of the neighborhood(s):

       _____ _____

       _____ _____

       _____

10.    Do you [   ] own a home or condo, [   ] rent a home, [   ] rent an apartment, [   ] live with
       family/relatives, [    ] live with friends, [   ] other? _____

11.    What is your current marital/domestic status? (Check all that apply.)
       _____Single/never married          _____Divorced
       _____Married ___ years             _____Divorced and remarried [# of times ____]
       _____Domestic partner              _____Widowed
       _____Separated                     _____Live with others

**CONFIDENTIAL Questionnaire**                                    **Juror Number:** _____

12.   If you have children or stepchildren, please list them:

| | Sex | Age | Live with you? | Education Level | Occupation (if any) |
|---|---|---|---|---|---|
| a. | | | | | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

13.   Do you read, speak, write, and understand English?
       _____ Yes, without difficulty       _____ Yes, with difficulty       _____ No

14.   Check the highest level of education for you and your spouse or domestic partner:

| | | You | Spouse/domestic partner |
|---|---|---|---|
| (a) | Grade school or less | _____ | _____ |
| (b) | Some high school | _____ | _____ |
| (c) | High school graduate | _____ | _____ |
| (d) | Technical or business school | _____ | _____ |
| (e) | Some college | _____ | _____ |
| (f) | College degree | _____ | _____ |
| (g) | Graduate work or degree | _____ | _____ |

15.   If you attended school after high school, including any trade or vocational schools, please list your areas of study and any certificates or degrees you have received:

_____

_____

_____

16.   What is your job status?  (Check all that apply.)
       _____ Work full-time outside the home            _____ Student
       _____ Work part-time outside the home            _____ Retired
       _____ Full-time homemaker                        _____ Disabled
       _____ Homemaker with part-time employment        _____ Other (please explain):
       _____ Unemployed                                 _____

17.   If you are a student, what type of school do you go to (undergraduate, graduate, technical, vocational, business)?_____ _____
       What is your main area of study?_____

18.   Please tell us your current occupation, place of employment, and the city where you work:

_____

_____

**CONFIDENTIAL Questionnaire**                     **Juror Number:** _____

19.   Check the following category that best describes your employer:
_____ Federal government agency         _____ Private, for-profit organization
_____ State government agency           _____ Private, not-for-profit organization
_____ County government agency          _____ Self employed
_____ City government agency            _____ Other:_____

20.   Describe what you do at work:_____
_____
How long have you held this job? _____

21.   Please list all prior occupations or jobs you have had:

| Occupation | Length of Employment |
|---|---|
|  |  |
|  |  |

22.   Have you been laid off, fired, or demoted from any job in the last 5 years?
Yes _____      No _____
If yes, please describe:
_____
_____

23.   Have any of your jobs involved supervising, managing, hiring, and/or firing others?
Yes _____      No _____
If yes, how many years have you been a supervisor or manager and how many people
have you supervised at any one time?
_____
_____

24.   What is your spouse/domestic partner's job status?  (Check all that apply.)
_____Work full-time outside the home        _____Student
_____Work part-time outside the home        _____Retired
_____Full-time homemaker                    _____Disabled
_____Homemaker with part-time employment    _____Other: _____
_____Unemployed                             _____

25.   Check the following category that best describes your spouse or domestic partner's
employer:
_____ Federal government agency         _____ Private, for profit organization
_____ State government agency           _____ Private, not-for-profit organization
_____ County government agency          _____ Self employed
_____ City government agency            _____ Other: _____

**CONFIDENTIAL Questionnaire**                    **Juror Number:** _____

26.   What is your spouse or domestic partner's current occupation, job title, and place of employment?

_____

_____

27.   If your spouse/domestic partner attended school after high school, including any trade or vocational schools, please list the areas of study and any certificates or degrees they received:

_____

_____

28.   If there are any additional adults living in your household, please describe the type of work they do, if any:

_____

_____

29.   What jobs, occupations, or type of work do or did your parents do?
      Mother: _____   Stepmother: _____
      Father: _____   Stepfather: _____

30.   Have you, your spouse/domestic partner, or anyone close to you ever owned a business?
      Yes _____   No _____
      If yes, please explain:

_____

_____

31.   Do you keep track of the finances in your household, including paying bills and managing your bank accounts?
      Yes _____      No _____

32.   When you file your taxes, do you prepare them yourself or have someone else prepare them?
      I prepare them myself _____        A family member or friend prepares them _____
      A professional prepares them _____                I do not file taxes _____

33.   Do you have multiple bank accounts?
      Yes _____   No _____

34.   Have you or your spouse/domestic partner ever served in the armed forces, including the reserves, National Guard, Merchant Marines, or ROTC?
      Yes _____   No _____
      If yes, please describe who served, which branch, highest rank reached, dates, and type of discharge:

_____

_____

**CONFIDENTIAL Questionnaire**                                     **Juror Number:** _____

35.   Which of the following best describes the way you most prefer to work?
    a.       _____ I like to lead a group of others
    b.       _____ I like to work on my own
    c.       _____ I like to work with a group where there is no single leader
    d.       _____ I like to work in a group with another person leading me

36.   Which of the following do you most agree with?
    _____ It's never okay to bend or break rules
    _____ Rules can be bent, but should not be broken
    _____ Rules are meant to be broken

37.   Have you ever worked with a company or business that is involved in charitable giving or philanthropy?
Yes, and I participated in the giving/philanthropy _____   Yes, but I didn't participate
                No _____
If yes, please describe: _____
_____
If yes, did you participate in the charitable giving or philanthropy yourself?
Yes _____    No _____

38.   Do you personally regularly contribute to charities or philanthropic organizations, either monetarily or through volunteer work?
Yes _____    No _____
If yes, please describe: _____
_____

39.   Have you or anyone close to you ever worked or been involved in developing policies and procedures for any company you have worked for?
Yes _____    No _____
If yes, please describe: _____
_____

40.   Have you or anyone close to you ever worked or been involved in any type of investigation or due diligence activity in any way?
Yes _____    No _____
If yes, please describe: _____
_____

41.   Do you or any close friends or relatives have any experience, training, or knowledge in accounting, bookkeeping, finances, taxes or recordkeeping?
Yes _____    No _____
If yes, please explain: _____
_____

**CONFIDENTIAL Questionnaire**                    **Juror Number:** _____

42.   Do you or any close friends or relatives have any experience, training, or knowledge in law or criminal justice?
Yes _____   No _____
If yes, please explain: _____

_____

43.   Have you ever had any experience, training, or education in private investigation and/or surveillance?
Yes _____   No _____
If yes, please describe:

_____

_____

44.   What other special training, knowledge, expertise, or experience do you have?

_____

_____

45.   Have you ever been accused of fraud, dishonest practices, or illegal activities?
Yes _____   No _____
If yes, please describe:

_____

_____

46.   Have you filed a grievance or complaint against anyone, including a business or employer?
Yes _____   No _____
If yes, please explain, including what kind of complaint and against whom: _____

_____

47.   Have you, anyone close to you, or your employer ever had any involvement in a legal action, lawsuit, or dispute with the United States government, or any officers, agents or employees of the United States (for example: a tax audit, social security dispute, etc.)?
Yes _____   No _____
If yes, please explain: _____

_____

**Organizational Affiliations, Hobbies and Spare Time Activities**

48.   Please list any organizations, clubs, or associations that you or your spouse/domestic partner have belonged to or participated in. (Include civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal, or recreational groups. Ex. Rotary, American Civil Liberties Union, National Rifle Association, etc.):
Self: _____

_____

Spouse/domestic partner: _____

**CONFIDENTIAL Questionnaire**                     **Juror Number:** _____

49.     Have you or your spouse/domestic partner ever held any office, been in a leadership position, served on a committee, organized projects, or provided advice in any of the organizations you listed in question 48?
Yes _____   No _____
If yes, please list: _____
_____

50.     Have you ever volunteered, worked for, or donated to any charities or non-profit organizations?
Yes _____   No _____
If yes, please describe: _____
_____
_____

51.     Have you ever done any fundraising for any organizations, including charitable and non-profit groups?
Yes _____   No _____
If yes, please describe: _____
_____
_____

52.     Have you, a family member, or close friend ever been on the Board of Directors, been on a committee, or held a leadership position with any organization or corporation?
Yes _____   No _____
If yes, please describe: _____
_____
_____

53.     Have you ever worked for or been involved with any minority-owned businesses?
Yes _____   No _____
If yes, please list: _____
_____

54.     Do you believe that minorities have less educational opportunity and/or civic participation opportunities (voting, activity in politics, etc.) than white citizens?
Yes _____   No _____
Please explain: _____
_____
_____

55.     Do you believe that minority-run charities come under more scrutiny and investigation than other charities?
Yes _____   No _____
Please explain: _____
_____
_____

**CONFIDENTIAL Questionnaire**                         **Juror Number:** _____

56.     Have you, a close friend, or relative ever done paid or volunteer work for any organization
        that is involved in social justice and racial equality?
        Yes _____   No _____
        If yes, please explain: _____
        _____
        _____

57.     Have you, a close friend, or relative ever done paid or volunteer work for any organization
        that is involved in education reform or work for the underprivileged?
        Yes _____   No _____
        If yes, please explain: _____
        _____
        _____

58.     Have you, a close friend, or relative ever done paid or volunteer work for any organization
        that is involved in voter registration efforts?
        Yes _____   No _____
        If yes, please explain: _____
        _____

59.     Have you, a close friend, or relative ever done paid or volunteer work for any organization
        that is involved in efforts to increase literacy?
        Yes _____   No _____
        If yes, please explain: _____
        _____

60.     Do you or your spouse/domestic partner belong to any organization that advocates for or
        promotes political reform?
        Yes _____   No _____
        If yes, please list: _____
        _____

61.     Have you or a close friend or relative ever run for, been elected to, or been appointed to
        public office, or worked in the office of any elected or appointed public official at the
        federal, state or local level?
        Yes _____   No _____
        If yes, please describe: _____
        _____
        _____

62.     Have you or a close friend or relative ever worked as a lobbyist or government consultant?
        Yes _____   No _____
        If yes, please describe: _____
        _____

**CONFIDENTIAL Questionnaire**                    **Juror Number:** _____

63.   Have you ever volunteered, worked for, or donated to a political campaign or cause, or attended a political rally or fundraiser for a candidate or cause?
Yes _____   No _____
If yes, please describe: _____

_____

_____

64.   Have you ever heard of the 1946 Moore's Ford Bridge lynching that occurred in Monroe, Georgia?
Yes _____   No _____
If yes, what do you know about it? _____

_____

_____

65.   Have you ever attended the yearly reenactment of the Moore's Ford Bridge lynching?
Yes _____   No _____

66.   Have you ever researched, studied, or investigated any current or historical civil rights violations against African-Americans?
Yes _____   No _____
If yes, please explain: _____

_____

_____

67.   How closely do you follow state and local politics? (Choose one)
_____ Very closely
_____ Somewhat closely
_____ Not very closely
_____ Not at all

68.   How interested are you in politics? (Choose one)
_____ Very interested
_____ Somewhat interested
_____ Not very interested
_____ Not at all interested

69.   Have you ever been a member of a labor union (AFL-CIO, Teamsters, etc.)?
Yes _____   No _____
If yes, list which union(s), and time frame during which you were a member: _____

_____

_____

70.   List any organizations to which you have donated money in the past 5 years: _____

_____

_____

**CONFIDENTIAL Questionnaire**                                   **Juror Number:** _____

71.   Have you, a family member, or close friend ever volunteered, worked for, or contributed
      to the following organizations?
      _____ Visions of Literacy
      _____ Universal Humanities
      _____ Southern Christian Leadership Conference (SCLC)
      _____ Georgia Association of Black Elected Officials (GABEO)
      _____National Association for the Advancement of Colored People (NAACP)
      _____Rainbow Push
      _____Concerned Black Clergy
      If yes, please describe your work or contributions: _____
      _____
      _____

72.   Do you or your spouse or domestic partner have bumper stickers on your car?
      Yes _____   No _____
      If yes, what do they say? _____
      _____

73.   Do you enjoy playing "devil's advocate" or presenting opposing positions when arguing
      or debating?
      Yes _____   No _____

74.   Do you find it difficult to change your mind or let go of a position once you take it?
      Yes _____   No _____

75.   Which is your preferred way of making important decisions?
      _____ I make quick decisions based on first impressions
      _____ I analyze information and take my time before coming to a decision

76.   Do you believe that you are overqualified for your current job?
      Yes _____   No _____
      If yes, please explain:
      _____
      _____

77.   Have you or your spouse or domestic partner ever written a letter to the editor of a
      newspaper, called a radio station, commented online to an article, blogged, or tweeted
      about a political, legal, social, legislative, or governmental issue?
      Yes _____   No _____
      If yes, please describe: _____
      _____

78.   What radio programs, if any, do you listen to?
      _____
      _____

79.   Do you write or maintain a blog?

Yes _____   No _____

If yes, what is your blog's title, subject matter, and URL? _____

_____

80.   Do you subscribe to any social media networks, such as Facebook, MySpace, or
LinkedIn?
Yes _____   No _____
If yes, please specify: _____

_____

81.   Do you have a Twitter account?
Yes _____   No _____
If yes, what is your username? _____

_____

82.   Do you regularly send text messages or IMs to people?
Yes _____   No _____
If yes, approximately how many do you send a day? _____

83.   Do you regularly post your thoughts and opinions on the Internet?
Yes _____   No _____
If yes, what sites do you regularly post on? _____

_____

**Contact and Experiences with Crime, Courts, Legal System, and Law Enforcement**

84.   Have you, or has any member of your family or close friend, ever been questioned about,
accused of, investigated for, arrested for or charged with a crime (other than a minor
traffic offense)?
Yes _____   No _____
(a)   If yes, please provide the following:

| Relationship of person charged (Self, Sister, etc.) | Crime(s) charged | Case Outcome |
|---|---|---|
|  |  |  |
|  |  |  |

(b)   If yes, please provide a brief description of the alleged crime(s) and the events
leading up to the accusation, arrest or charge: _____

_____

(c)   How did you feel about that experience? _____

_____

85.   Have you ever had a bad experience with law enforcement?

**CONFIDENTIAL Questionnaire**                                    **Juror Number:** _____

Yes _____    No _____
If yes, please describe: _____
_____
_____

86.   Have you ever had a bad experience with a lawyer or judge?
      Yes _____    No _____
      If yes, please explain: _____
      _____

87.   Have you, your spouse/domestic partner, or any member of your family or a close friend,
      been involved in a claim, dispute, lawsuit, or legal proceeding with any federal, state, or
      local government agency?
      Yes _____    No _____
      If yes, please explain: _____
      _____

88.   Have you, or has any member of your family or close friend or relative, ever been the
      victim of or witness to a crime, whether or not that crime was reported to the police?
      Yes _____    No _____

      (a)   If no, go to the next numbered question.  If yes, please provide the following
            information for each person and incident:

| Relationship (Self, sibling, etc.) | Type of Crime | Victim or Witness | Reported to Police? | Was anyone Caught? | Outcome of Case |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

      (b)   How have these incidents affected your attitude towards persons charged with a
            crime?
            _____
            _____

      (c)   How do you feel the police or law enforcement authorities handled these
            situations? _____
            _____

89.   Have you ever had to appear in Court, or in any legal proceeding, as a plaintiff, defendant,
      victim, or witness for any reason other than that explained above?
      Yes _____    No _____
      If yes, please state when and explain why you appeared in Court: _____
      _____

**CONFIDENTIAL Questionnaire**                    **Juror Number:** _____

90.     Have you ever served as a juror at a trial before?
        Yes _____   No _____

        (a)     If yes, please complete the following for each trial on which you served as a juror:

| When did you serve? | In what Court? | Criminal or Civil? | Charges/ Allegations? | What verdict did the jury reach? |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

        (b)     Have you ever served as a jury foreperson?
                Yes _____   No _____

        (c)     Was there anything about your jury experience that left you dissatisfied with our justice system?
                Yes _____   No _____
                Please explain: _____
                _____

        (d)     Was there anything about your experience as a juror that would make you not want to serve again?
                Yes _____   No _____
                Please explain: _____
                _____

        (e)     In general, how much did you participate in that jury's discussion?
                ___ Less than other jurors     ___ About the same     ___More than other jurors

        (f)     Have you served on a grand jury?
                Yes _____   No _____
                If yes, please state where and when and whether or not you were the grand jury foreperson: _____
                _____

        (g)     What was your opinion of the grand jury process?
                _____
                _____

91.     Have you, or any member of your family, ever had a tax return audited by the IRS or by a state or local taxing authority?
        Yes _____   No _____
        If yes, please explain: _____
        _____

**CONFIDENTIAL Questionnaire**                    **Juror Number:** _____

92.    Did you know or did you recognize anyone on this jury panel, or anyone else in this
       courtroom, before reporting for jury service today?
       Yes _____     No _____
       If yes, who do you know and how do you know them? _____
       _____

93.    If the prosecution called witnesses in this case who had received, or hoped to receive,
       benefits from the government like immunity or a reduced sentence in exchange for their
       cooperation and testimony at trial, would that affect your view of their testimony? If so,
       how?
       _____
       _____
       _____

94.    The Court will instruct you that when you evaluate the testimony of law enforcement
       officers, you should evaluate them by the same standards as other witnesses, and that they
       are not to be given more or less credibility because of their position.  Is there any reason
       you cannot follow this instruction?
       Yes _____     No _____
       If yes, please explain: _____
       _____

95.    The government's evidence in this case may include hidden recordings of conversations
       with the defendant, which are allowed by the law. What is your opinion of the use of these
       techniques?
       _____
       _____

96.    Would the use of legal hidden recordings make you more suspicious of the government's
       case?
       Yes _____     No _____
       If yes, please explain: _____
       _____

97.    It is the government's decision whom it chooses to charge and not to charge with a crime.
       Would you be more skeptical of the government's case if they did not prosecute everyone
       allegedly involved in a crime?
       Yes _____     No _____
       If yes, please explain: _____
       _____
       _____

98.    Do you believe that the prosecution of elected officials tends to be politically motivated?
       Yes _____     No _____
       If yes, please explain: _____
       _____

**CONFIDENTIAL Questionnaire**                          **Juror Number:** _____

99.  Do you think that innocent people are often convicted of crimes they did not commit?
     Yes _____   No _____
     If yes, please explain: _____

     _____
     If yes, do you think race plays a part?
     Yes _____   No _____
     Please explain: _____

     _____

100. Do you think minorities are generally treated unfairly by the government?
     Yes _____   No _____
     If yes, please explain: _____

     _____

101. Do you think it is common for African-American defendants to be criminally prosecuted
     for crimes that white defendants are not prosecuted for?
     Yes _____   No _____
     If yes, please explain: _____

     _____

102. Do you think African-American defendants are punished more harshly than white
     defendants in the criminal justice system?
     Yes _____   No _____
     If yes, please explain: _____

     _____

103. What role, if any, do you think race plays in the criminal justice system?

     _____
     _____
     _____

104. How many people do you know who you feel were unfairly detained, arrested or
     prosecuted?
     _____ No one
     _____ One person
     _____ More than one person
     If you know at least one person, please describe the type of case and how it affects your
     view of the criminal justice system: _____

     _____  _____

105. Are there any racial or ethnic groups you do not feel comfortable being around?
     Yes _____   No _____
     If yes, please explain: _____

     _____
     _____

106.   Do you believe that African-Americans are more likely to commit crimes than whites?
       Yes _____    No _____
       If yes, why do you believe that to be true? _____

       _____

       _____

107.   Have you personally observed any minorities who were treated unfairly by the police, law
       enforcement, or prosecutors?
       Yes _____    No _____
       Please explain: _____

       _____

       _____

108.   Do you believe the federal government unfairly focuses on investigating and prosecuting
       public officials from the Atlanta area?
       Yes _____    No _____
       If yes, please explain why you think this is: _____

       _____

       _____

109.   Do you believe the federal government unfairly focuses on investigating and prosecuting
       African-American public officials rather than officials of other races?
       Yes _____    No _____
       If yes, please explain: _____

       _____

       _____

110.   Do you think minority politicians have a harder time succeeding in politics?
       Yes _____    No _____
       If yes, please explain: _____

       _____

       _____

111.   What do you think of the current state of racial relations in the United States?

       _____

       _____

       _____

112.   Do you have any negative opinions of the Department of Justice or outgoing U.S.
       Attorney General Eric Holder?
       Yes _____    No _____
       If yes, please explain: _____

       _____

       _____

**CONFIDENTIAL Questionnaire**                    **Juror Number: _____**

113.   Do you have any negative opinions of the FBI?
       Yes _____     No _____
       If yes, please explain: _____
       _____

114.   Do you have any negative opinions of the Internal Revenue Service (IRS)?
       Yes _____     No _____
       If yes, please explain: _____
       _____

115.   Do you think that you would be less likely to trust evidence or witnesses from the FBI
       than you would evidence or witnesses from other sources?
       Yes _____     No _____
       If yes, please explain: _____
       _____
       _____

116.   Do you think that you would be less likely to trust evidence or witnesses from the IRS
       than you would evidence or witnesses from other sources?
       Yes _____     No _____
       If yes, please explain: _____
       _____
       _____

117.   Do you have any opinions, beliefs, feelings, or personal experiences related to the FBI that
       you think might, in any way, affect your ability to be completely fair and impartial in this
       case?
       Yes _____     No _____
       If yes, please explain: _____
       _____
       _____

118.   Do you have any opinions, beliefs, feelings, or personal experiences related to the IRS that
       you think might, in any way, affect your ability to be completely fair and impartial in this
       case?
       Yes _____     No _____
       If yes, please explain: _____
       _____
       _____

119.   Have you or has anyone close to you ever had any bad experiences with the federal
       government?
       Yes _____     No _____
       If yes, please explain: _____
       _____
       _____

**CONFIDENTIAL Questionnaire**                    **Juror Number:** _____

120.    Do you think the federal government has too much power?
        Yes _____    No _____
        If yes, please explain: _____
        _____
        _____
        _____

**Media Consumption**

121.    What is your MAIN source of news?
        _____ Television
        _____ Radio
        _____ Newspaper
        _____ Internet
        _____ Family/Friends
        _____ I don't follow the news

122.    How often do you check, follow, or read the news from any source?
        _____ Multiple times a day
        _____ Once a day
        _____ Several times a week
        _____ Once or twice a week
        _____ Less than once a week
        _____ Almost never

123.    Have you or your spouse or domestic partner ever written a letter to the editor of a
        newspaper, called a radio station, commented online to an article, blogged, or tweeted
        about a political or governmental issue?
        Yes _____    No _____
        If yes, please describe: _____
        _____

124.    Do you follow (or have you followed) any criminal trials in the news?
        Yes _____    No _____
        If yes, which trials? _____
        _____

125.    Have you followed any cases or stories that involve public corruption charges or
        accusations?
        Yes _____    No _____
        If yes, please explain which cases, and whether you thought they were handled fairly:
        _____
        _____
        _____

**CONFIDENTIAL Questionnaire**                     **Juror Number:** _____

126.  What TV programs do you or your spouse/domestic partner watch involving law
      enforcement, the law, or the Courts?

      _____
      _____
      _____

127.  If you regularly watch TV news programs or listen to talk radio, please list the programs
      you watch or listen to:

      _____
      _____
      _____

128.  During the jury selection process and, if you are chosen as a juror in the actual trial, you
      are not permitted to read or listen to any media or Internet coverage of this case and
      related subjects. Will you be able to follow these restrictions in light of the fact that this
      trial will be lengthy?
      Yes _____    No _____
      If no, please explain: _____

      _____
      _____

129.  During the jury selection process and, if you are chosen as a juror in the actual trial, the
      Court will instruct you that you will not be able to blog, tweet, post on Facebook or other
      social networks, talk about, or otherwise communicate anything about this case or your
      jury service. Will you be able to follow these restrictions in light of the fact that this trial
      will be lengthy?
      Yes _____    No _____
      If no, please explain: _____

      _____
      _____

130.  This case has been and will be followed closely by the media and the public. How do you
      think this will affect you if you were seated as a juror?
      Yes _____    No _____
      If yes, please explain: _____

      _____
      _____

131.  Do you think the media in Atlanta has shown a racial bias in the way they have covered
      local stories in general?
      Yes _____    No _____
      If yes, please explain: _____

      _____
      _____

**CONFIDENTIAL Questionnaire**                                    **Juror Number:** _____

132.   Do you believe the news media has been unfair in covering African-American public
       officials?
       Yes _____    No _____
       If yes, please explain: _____
       _____
       _____

### Knowledge About this Case

       The indictment in this case charges State Representative Tyrone Brooks, Sr. with mail,
       tax, and wire fraud.

133.   Have you read or heard anything about this defendant or this case from the media, your
       friends, your relatives, or any other source?
       Yes _____    No _____
       If yes, what have you read or heard? _____
       _____
       _____
       _____

134.   Do you think the media has been unfair to the defendant?
       Yes _____    No _____
       If yes, please explain: _____
       _____
       _____
       _____

135.   Despite what you have read, heard, or seen in the media, will you be able to set aside all
       outside information and follow the evidence and the Judge's instructions in the case?
       Yes _____    No _____
       Please explain: _____
       _____
       _____
       _____

136.   Have you ever expressed an opinion as to the defendant's guilt or innocence?
       Yes _____    No _____
       If yes, what opinion did you express? _____
       _____
       _____
       _____

137.   What is your opinion, if any, of Representative Brooks?_____
       _____
       _____

138.   Would you be able to put your feelings aside with regard to Representative Brooks and decide the case based on the evidence and the law?
Yes _____   No _____
If no, please explain: _____

_____

_____

139.   Do you or anyone close to you know Representative Brooks in any way?
Yes _____   No _____
If yes, please explain: _____

_____

_____

140.   Have you ever had contact with Representative Brooks in any way?
Yes _____   No _____
If yes, please explain: _____

_____

_____

141.   Have you or anyone close to you attended any event where Representative Brooks participated or spoke publicly?
Yes _____   No _____
If yes, please explain, including providing the event/entity name: _____

_____

142.   Have you or anyone close to you given money to any non-profits, fundraisers or charities associated with Representative Brooks, including Universal Humanities, Visions of Literacy, or the Georgia Association of Black Elected Officials (GABEO)?
Yes _____   No _____
If yes, please explain, including providing the organization name and approximate amount and year of any donation: _____

_____

143.   Have you, a family member, or close friend ever, to your knowledge voted for Representative Brooks?
Yes _____   No _____   If yes, how many times? _____
If yes, please explain to the best of your knowledge why you or they voted for him:

_____

144.   Do you or anyone close to you know and/or ever had contact with former Georgia Governor Roy Barnes in any way?
Yes _____   No _____
If yes, please explain: _____

_____

_____

**CONFIDENTIAL Questionnaire**                                    **Juror Number:** _____

145.   Have you or anyone close to you attended any event where former Governor Barnes
       participated or spoke publicly?
       If yes, please explain, including providing the name of the event and the organization:

       _____
       _____

146.   Have you or anyone close to you given money to any non-profits, fundraisers or charities
       associated with former Governor Barnes?
       Yes _____   No _____
       If yes, please explain, including providing the event/entity name and approximate amount
       and year of any donation: _____
       _____

147.   What is your general impression of former Governor Roy Barnes?

       _____
       _____
       _____

## Criminal Trial Procedures

148.   Under our Constitution, defendants are presumed to be innocent, and cannot be found
       guilty of any offense unless and until the government has proven each element of that
       offense beyond a reasonable doubt.  Do you accept this principle and agree to apply it?
       Yes _____   No _____
       If no, please explain: _____
       _____
       _____

149.   The defendant is not required to testify or to present his side of the story to the jury at all.
       Under our Constitution, a defendant has the absolute right to remain silent, and the jury
       may not consider the fact that a defendant chooses not to testify as any evidence against
       him.  A defendant's silence may not be held against him, and you may not consider it in
       your deliberations.  If a defendant does not testify, can you follow the judge's instruction
       that a defendant's silence may not be held against him?
       Yes _____   No _____
       If no, please explain: _____
       _____

150.   Would you need to see "smoking gun" evidence that directly shows a defendant
       committing or admitting to a crime in order to find him guilty?
       Yes _____   No _____
       If yes, please explain: _____
       _____
       _____

**CONFIDENTIAL Questionnaire**                           **Juror Number:** _____

151.   Do you think you would tend to disregard circumstantial evidence and only focus on direct evidence?
       Yes _____       No _____
       If yes, please explain: _____

       _____
       _____

152.   The jury must not consider the issue of punishment when deciding whether the defendant is guilty or not guilty.  Can you remove the consideration of punishment from your decision as to whether  the defendant is guilty or not guilty of the alleged crimes?
       Yes _____       No _____
       If no, please explain: _____

       _____
       _____

153.   Do you have any personal reason for wanting or not wanting to serve as a juror on this case?
       Yes _____       No _____
       If yes, please explain: _____

       _____
       _____

154.   This trial is expected to last for three to four weeks. Would the length of this trial prevent you from being able to be selected for this jury?
       Yes _____       No _____
       If yes, please explain: _____

       _____
       _____

155.   Is there any reason why you could not be fair and impartial to the prosecution, the federal government/Department of Justice or to the defendant in this case?
       Yes _____       No _____
       If yes, please explain: _____

       _____
       _____

156.   Can you think of any reason that would keep you from serving fairly and impartially as a juror in this case?
       Yes _____       No _____
       If yes, please explain: _____

       _____
       _____

**CONFIDENTIAL Questionnaire**                                    **Juror Number:** _____

157.    Do you have any personal, religious, moral, philosophical, or other beliefs that would make it difficult for you to sit in judgment of another person, or that would prevent you from applying the law given to you by the Court to the evidence of the case?
Yes _____    No _____
If yes, please explain: _____
_____
_____

158.    If you are selected to serve as a juror on this case, would you be concerned about reactions to your verdict by anyone, including friends, family members, neighbors, acquaintances, or coworkers?
Yes _____    No _____
If yes, please explain: _____
_____
_____

159.    Do you have any health condition (such as inability to see, hear, concentrate or sit for extended periods) that would make it difficult for you to serve as a juror?
Yes _____    No _____
If yes, please explain: _____
_____

160.    Are you currently taking any medication or using alcohol or drugs (including illegal drugs) which may prevent you from giving your full attention to the case?
Yes _____    No _____
If yes, please explain: _____
_____

161.    Do you presently, or have you in the past five years, had a mental or psychiatric condition (including mood disorders or addictions) for which you required treatment or medication?
Yes _____    No _____    Unsure _____
Please explain: _____
_____
_____

162.    Do you have any personal, professional, or financial obligations that would prevent you from giving your full attention to this case or prevent you from being in court during this trial?
Yes _____    No _____
If yes, please explain: _____
_____
_____

**CONFIDENTIAL Questionnaire**                                **Juror Number:** _____

163.  Have you recently suffered any financial hardships?
      Yes _____   No _____
      If yes, please describe: _____
      _____
      _____

164.  Did you know or did you recognize anyone on this jury panel, or anyone else in this
      courtroom, before reporting for jury service today?
      Yes _____   No _____
      If yes, who do you know and how do you know them? _____
      _____
      _____

165.  The following persons will play a role in this trial:
      a.      The judge presiding in this case is Judge Amy Totenberg.
      b.      The government in this case is represented by Kurt R. Erskine, Richard S.
              Moultrie, Jr., and Kamal Ghali of the U.S. Attorney's Office.
      c.      The defendant is represented by one or more of the following attorneys: Roy E.
              Barnes, Thomas Hawker, and Natasha Perdew-Silas.
      Do you know or have you had any contact, whether social or professional, with these
      persons or any current or former members of their offices?
      Yes _____   No _____
      If yes, please give details: _____
      _____
      _____

166.  Is there anything else not covered by this questionnaire that you think the Court or the
      lawyers should know about you that may affect your jury service in this case, or that may
      influence your ability to fairly and impartially judge the evidence in this case and to apply
      the law as instructed by the Court?
      Yes _____   No _____
      If yes, please explain: _____
      _____
      _____

167.  Is there anything that you think would be relevant to this case or your service as a juror
      that you did not include on this questionnaire and would prefer to discuss privately?
      Yes _____   No _____
      If yes, please explain: _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

**CONFIDENTIAL Questionnaire**                     **Juror Number:** _____

# ADDITIONAL EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**CONFIDENTIAL Questionnaire**                                    **Juror Number:** _____

# ADDITIONAL EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**CONFIDENTIAL Questionnaire**                    **Juror Number:** _____

# ADDITIONAL EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**CONFIDENTIAL Questionnaire**                                      **Juror Number: _____**

# AFFIRMATION

I, _____, hereby declare under penalty of perjury that

the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my

knowledge and belief.  I have not discussed my answers with others or received assistance in

completing the questionnaire.  I have answered all of the above questions in this Jury

Questionnaire myself.

Executed in the _____, on this ____ day of _____, 2015

Signature

_____