# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cr-00206-AT-ECS
### USA v. Brooks
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 04/09/2015.

TIME COURT COMMENCED: 1:41 P.M.
TIME COURT CONCLUDED: 2:58 P.M.
TIME IN COURT: 1:17
OFFICE LOCATION: Atlanta

COURT REPORTER: Elise Evans
DEPUTY CLERK: Amy McConochie

| | |
|---|---|
| DEFENDANT(S): | [1]Tyrone Brooks, Sr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Roy Barnes representing Tyrone Brooks<br>Kurt Erskine representing USA<br>Kamal Ghali representing USA<br>Thomas Hawker representing Tyrone Brooks<br>Richard Moultrie representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Plea (With Counsel) as to Counts 4, 6, 14, 21, and 25. Plea (With Counsel) as to Count 30. |
| MINUTE TEXT: | The defendant was sworn. After questioning the sworn defendant and hearing from counsel as to the factual basis in support of a plea in this matter and the basis for a nolo contendere plea, the Court accepted the defendant's plea of guilty as to Count 30 of the Superseding Indicment and nolo contendere as to Counts 4, 6, 14, 21, and 25 of the Superseding Indictment. The Court directed the Probation Department to prepare the presentence report within 70 days. Government's Exhibit 1 and defendant's Exhibit 1 admitted. |